BEFORE THE FIRST DIVISION, JULY 25, 1941

No. 46194.—Protest 500443–G of W. T. Grant Co. (New York).

Opinion by BROWN, J.   In accordance with stipulation of counsel the merchandise was held to be similar to that the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).   The protest was therefore sustained.

No. 46195.—Protests 760296–G, etc., of Acierno Bros. et al. (New York).

Opinion by Brown, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 46196.—Protests 984611–G, etc., of Nelson Bead Co. (New York).

Opinion by OLIVER, P. J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 46197.—Protests 796202–G, etc., of Wm. Filene's Sons Co. et al. (New York).

Opinion by OLIVER, P. J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, JULY 25, 1941

No. 46198.—Protest 23455–K of Bullocks, Inc. (Los Angeles).

Opinion by TILSON, J.   In accordance with stipulation of counsel that the mufflers in question are similar in all material respects to those the subject of Abstract 44055 the claim at 60 percent under paragraph 1209 was sustained.

No. 46199.—Protest 23453–K of Bullocks, Inc. (Los Angeles).

Opinion by TILSON, J.   In accordance with stipulation of counsel that the mufflers in question are similar in all material respects to those the subject of Abstract 44055 the claim at 60 percent under paragraph 1209 was sustained.